No. 05–5550.  SEARLES *v.* RELIC ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–5552.  FLORES-GONZALEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–5553.  BANGURA *v.* TOWNSHIP OF MONTCLAIR, NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 05–5556.  VALENZUELA-QUEVADO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5557.  RODGERS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 05–5559.  HOOD *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 05–5561.  BRUNSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5562.  TATE *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 05–5564.  GRUMMITT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–5569.  NELLOMS *v.* JACKSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–5579.  PIERRE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5580.  VILLANUEVA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5581.  SHELTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5582.  RODRIGUEZ-DE-HOYAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–5590.  MENDOZA-VERDUZCO, AKA MENDOZA BARAJAS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–5592.  MCKOY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.